UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ERIC DANE MITCHELL,

    Plaintiff,

v.

SHAWNEE MEDICAL STAFF and
CAROLE AGUILAR,

    Defendants.

Case No. 18-cv-566-JPG-RJD

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that all claims in this case against defendant Shawnee Medical Staff are dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that the claim in this case against defendant Carole Aguilar are dismissed without prejudice to pursuing the same claim in *Mitchell v. Wexford Corporation*, No. 18-cv-1026-JPG-RJD.

**DATED: July 2, 2019**

                                    **MARGARET M. ROBERTIE, Clerk of Court**

                                    **s/Tina Gray, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**